## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 22-CR-092-JFH** |
| **TIMOTHY REVAE MCDONALD**, | |
| **Defendant.** | |

## OPINION AND ORDER

Before the Court is a sealed motion to dismiss indictment [Dkt. No. 2] without prejudice filed by the United States of America ("Government").  Dkt. No. 44.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest."  *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).  Based on the facts set out in the sealed motion, the Court concludes that dismissal of the charges against Defendant is not contrary to the public interest, nor is it for an improper purpose.  Accordingly, the Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss [Dkt. No. 44] is GRANTED and the indictment [Dkt. No. 2] is dismissed without prejudice against Defendant Timothy Revae McDonald.

Dated this 8th day of January 2024.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE